# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. LATASHA RICHARDS, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 11-1539 |
| v. | ) ) | JUDGE MARK R. HORNAK |
| R & T INVESTMENTS LLC, | ) ) | *(Electronic Filing)* |
| Defendant. | ) ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Based on the terms set forth in the negotiated settlement among the United States, the Relator and the Defendant, Plaintiff United States of America, Relator Latasha Richards, and Defendant R & T INVESTMENTS, LLC, through their undersigned attorneys, hereby jointly request the dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a) and the False Claims Act, 31 U.S.C. § 3730(b)(1), of the above-captioned action.

Accordingly, the United States, Relator, and Defendant stipulate to the entry of the attached proposed Order dismissing with prejudice all claims in this action, based on the terms as set forth in the Settlement Agreement among the parties.

The undersigned parties, therefore, respectfully request that the Court enter the attached proposed Order.

                                         Respectfully submitted,

### COUNSEL FOR THE UNITED STATES OF AMERICA

s/Paul E. Skirtich
PAUL E. SKIRTICH
Assistant United States Attorney
Western District of Pennsylvania
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7418
PA ID No. 30440

Attorney for Plaintiff
United States of America

### COUNSEL FOR RELATOR, LATASHA RICHARDS

s/Eileen D. Yacknin, Esquire
EILEEN D. YACKNIN, ESQUIRE
NEIGHBORHOOD LEGAL
SERVICES ASSOCIATION
928 Penn Avenue
Pittsburgh, PA 15222

### COUNSEL FOR DEFENDANT, R & T INVESTMENTS, LLC

s/Robert J. Garvin, Esquire
ROBERT J. GARVIN, ESQUIRE
GOLDBERG, KAMIN & GARVIN, LLP
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219

Dated:   August 27, 2015