IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>LATASHA RICHARDS, | )<br>)<br>) | |
| Plaintiffs, | ) | CIVIL ACTION NO. 11-1539 |
| v. | )<br>) | JUDGE MARK R. HORNAK |
| R & T INVESTMENTS LLC, | )<br>) | *(Electronic Filing)* |
| Defendant. | )<br>) | |

**[Proposed] ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a) and the False Claims Act, 31 U.S.C. § 3730(b)(1), Plaintiff United States of America, and Relator Latasha Richards, and Defendant R & T Investments, LLC, have filed a Joint Stipulation of Dismissal With Prejudice.

Upon consideration of the Stipulation, it is hereby ORDERED that:

1. All claims in this action are dismissed with prejudice based on the terms of the settlement agreement that was recently executed between the United States, Relator, and Defendant.

2. All parties in this case shall bear their own costs, fees, and expenses.

Dated: _____, 2015         _____
                                            Hon. Mark R. Hornak
                                            United States District Judge

cc:   Paul E. Skirtich, Assistant U.S. Attorney
      Eileen D. Yacknin, Esquire
      Robert J. Garvin, Esquire